IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD L. BAZELON | : |
| *Plaintiff(s)* | : |
| v. | : CIVIL NO. 24-1686 |
| PACE GALLERY OF NEW YORK, INC. | : |
| **Defendant(s)** | : |

## ORDER

AND NOW, this **4th** day of **February 2025,** upon consideration of Defendants' Motion to Dismiss (ECF No. 13), Plaintiffs' Response (ECF No. 18), Defendants' Reply (ECF No. 22), Plaintiffs' Notice of Supplemental Authority (ECF No. 28), Defendants' Response to Plaintiffs' Notice of Supplemental Authority (ECF No. 30), and Plaintiffs' Reply to Defendants' Response to Notice of Supplemental Authority (ECF No. 31), it is **ORDERED** as follows:

1. Defendants' Motion to Dismiss for lack of personal jurisdiction is **DENIED.**

2. Defendants' Motion to Dismiss for failure to state a claim upon which relief can be **DENIED** with respect to the tortious interference with contractual relations claim and **GRANTED** with respect to the tortious interference with prospective contractual relationships.

BY THE COURT:

_____
**HONORABLE KAI N. SCOTT**
**United States District Court Judge**