## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD L. BAZELON et al                        :
                                                :
                                                :
                                                :
                                                :
                                                :
               *Plaintiff(s)*                   : CASE NO. 24-1686
                                                :
        v.                                      :
                                                :
                                                :
PACE GALLERY OF NEW YORK, INC. et               :
al                                              :
               *Defendant(s)*

## **O R D E R**

**AND NOW,** this **23rd** day of **MARCH 2026,** having been reported that the issues among

the parties in the above action have been settled and upon Order of the Court pursuant to the

provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement

of counsel, with each party to bear its own costs and fees.

**BY THE COURT:**

_/S/ Kai N. Scott_

**HONORABLE KAI N. SCOTT**
**United States District Court Judge**